# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                          Case No. 11-37609

      LEE E MISHER JR
      PEGGY A MISHER
           Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

      Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/15/2011.

2) The plan was confirmed on 04/05/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 03/27/2014.

6) Number of months from filing to last payment: 31.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $13,800.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $11,640.00 | |
| Less amount refunded to debtor | $197.50 | |
| **NET RECEIPTS:** | | **$11,442.50** |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,488.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $435.94 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,923.94** |

Attorney fees paid and disclosed by debtor:   $12.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABC CREDIT & RECOVERY | Unsecured | 5,313.00 | 5,313.06 | 5,313.06 | 24.59 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Unsecured | NA | 14,695.34 | 14,695.34 | 68.01 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 231.00 | 269.71 | 269.71 | 1.25 | 0.00 |
| CASH NET GLOBAL PAYDAY | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | 1,642.00 | 1,632.26 | 1,632.26 | 0.00 | 0.00 |
| CB USA INC | Unsecured | 130.00 | 154.80 | 154.80 | 0.72 | 0.00 |
| CHASE AUTOMOTIVE FINANCE COR | Secured | 13,167.00 | 13,166.17 | 13,166.17 | 5,008.45 | 707.79 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,500.00 | 1,126.54 | 1,126.54 | 5.21 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 1,927.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| DOWNERS GROVE ADVENTIST SCH( | Unsecured | 3,133.32 | 600.00 | 600.00 | 2.78 | 0.00 |
| ECMC | Unsecured | NA | 10,221.35 | 10,221.35 | 47.31 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS AMERICAN WATER | Unsecured | NA | 335.25 | 335.25 | 1.55 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | NA | 309.34 | 309.34 | 1.44 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 11,673.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HEALTHCARE & F | Priority | 1,451.00 | 11,080.69 | 11,080.69 | 138.31 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 6,770.00 | 296,465.90 | 296,465.90 | 1,371.68 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 881.00 | 881.10 | 881.10 | 4.08 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 413.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL III LLC | Unsecured | 176.00 | 226.60 | 226.60 | 1.05 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| OGDEN LINCOLN MERCURY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES CREDIT | Secured | 1,372.70 | 118.03 | 118.03 | 118.03 | 6.97 |
| PEOPLES CREDIT | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 2,017.00 | 2,016.54 | 2,016.54 | 9.34 | 0.00 |
| STEPHENSON COUNTY TREASURER | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| THERESA HOLMES | Priority | 38,333.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,166.17 | $5,008.45 | $707.79 |
| All Other Secured | $118.03 | $118.03 | $6.97 |
| **TOTAL SECURED:** | **$13,284.20** | **$5,126.48** | **$714.76** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $11,080.69 | $138.31 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$11,080.69** | **$138.31** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$334,247.79** | **$1,539.01** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $3,923.94 |
| Disbursements to Creditors | $7,518.56 |
| **TOTAL DISBURSEMENTS :** | **$11,442.50** |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/30/2014                    By: /s/ Glenn Stearns
                                              Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.


**UST Form 101-13-FR-S (9/1/2009)**